UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,      19-Cr-76 (SHS)

   -v-      ORDER

JOSE ADAMES,

   Defendant.
--------------------------------------------------------------x
SIDNEY H. STEIN, U.S.D.C.

   At the request of the defendant's attorney [Doc. No. 46],

   IT IS HEREBY ORDERED that defendant's surrender date is adjourned to May 22, 2020.

Dated: New York, New York
       March 25, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.