# EPSTEIN SACKS PLLC
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

November 10, 2020

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Filed on ECF and
via email to Laura_Blakely@nysd.uscourts.gov**

Re: *United States v. Jose Adames*
19 Cr. 76 (SHS)

Dear Judge Stein:

We represent the defendant, Jose Adames, pursuant to the Criminal Justice Act. Mr. Adames was sentenced by Your Honor on January 28, 2020 to 16 months imprisonment. He was originally supposed to surrender to CI Moshannon Valley on March 27, 2020. Since then, your Honor has adjourned Mr. Adames' surrender date based on the COVID-19 pandemic. His current surrender date is November 30, 2020. We write now to request an additional adjournment of at least 90 days on this same basis. We submit that the risks associated with the continued spread of COVID-19 through the federal prison system, especially since the rate of infection is currently on the rise accross the country, warrant an adjournment of Mr. Adames' surrender date. We submit that Mr. Adames' continued release poses no risk of flight or danger to the community. We have conferred with the Government and they have no objection to this request.

Respectfully submitted,

*Sarah M. Sacks*

Bennett M. Epstein
Sarah M. Sacks

cc: AUSA Kyle Wirshba

**The surrender date is adjourned to February 12, 2020.**

**Dated:  New York, New York
November 12, 2020**

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.